UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| PARI GOODWIN,<br><br>    Plaintiff,<br><br>v.<br><br>RENT-A-CENTER,<br><br>    Defendant. | Case No. 1:13-cv-00062-JVB-RBC |

### STIPULATION OF DISMISSAL OF PLAINTIFF'S
### CLAIMS WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)

Plaintiff Pari Goodwin and Defendant Rent-A-Center (collectively referred to as the "Parties"), hereby stipulate and agree through their respective undersigned counsel, that the above-captioned action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Federal Arbitration Act, 9 U.S.C. §1 *et seq*. The parties will resolve this matter pursuant to the *Mutual Agreement to Arbitrate Claims* between the Parties, which covers all claims alleged in the Complaint.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/  David M. Lutz* (with permission)<br>David M. Lutz<br>**David M. Lutz LLC**<br>4202 W. Jefferson Blvd.<br>Fort Wayne, IN 46804<br>Phone: 260.432.3700<br>Fax:  260.432.3707<br>Email: dlutz@davidlutzllc.com<br><br>**ATTORNEY FOR PLAINTIFF** | */s/  Jane Ann Himsel*<br>Jane Ann Himsel<br>**Littler Mendelson, PC**<br>111 Monument Circle, Suite 702<br>Indianapolis, IN 46204<br>Phone**:** 317.287.3600<br>Fax: 317.636.0712<br>Email: jhimsel@littler.com<br><br>**ATTORNEY FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed on the 20th day of March, 2013. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may assess this filing through the Court's electronic filing system.

*/s/ Jane Ann Himsel*

Firmwide:119152823.1 051536.1349